1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9 | 10431 AVONDALE ROAD NE LLC,

10 |      Plaintiff,

11 |     v.

12 | COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, and MASTEC SERVICES COMPANY, INC., MASTEC NETWORK SOLUTIONS, INC., MASTEC NETWORK SOLUTIONS, LLC, MASTEC NORTH AMERICA, INC., and MASTEC, INC.,

16 |      Defendants.

**Case No.:  2:25-cv-01553-BJR**

**ORDER GRANTING DEFENDANTS MASTEC ENTITIES' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

18      THIS MATTER having come before the Court upon Defendants MasTec Services

19 Company, Inc., MasTec Network Solutions, Inc., and MasTec North America, Inc., (collectively

20 "MasTec") Motion for Extension of time to respond to Plaintiff's Motion for Default Judgment,

21 and having considered arguments of counsel, the pleadings and other papers filed in this action,

22 and the following documents:

23      1.    Defendants MasTec Entities' Motion for Extension of time to respond to

24 Plaintiff's Motion for Default Judgment;

25      2.    Declaration of James P. Mullins in support of Defendants MasTec Entities'

26 Motion Extension of time to respond to Plaintiff's Motion for Default Judgment.

**DEFENDANTS MASTEC ENTITIES' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** - 1
2:25-CV-01553-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

1    IT IS HEREBY ORDERED that:

2        Defendants MasTec Entities' Motion for Extension of time to respond to Plaintiff's

3    Motion for Default Judgment is GRANTED. The deadline to respond is EXTENDED to a date to

4    be determined after resolution of the pending motion to vacate the clerk's entry of default, which

5    motion is expected to be filed on or before November 26, 2025.

6

7        DATED: November 24, 2025.

8

9

10    Hon. Barbara J. Rothstein
      United States District Judge

11

12

13    Presented by:

14    COZEN O'CONNOR

15    By: *s/ James P. Mullins*
          James P. Mullins, WSBA No. 52804

16        Robert D. Lee, WSBA No. 46682
          999 Third Avenue, Suite 1900

17        Seattle, Washington  98104
          Telephone: 206.340.1000

18        jmullins@cozen.com
          rlee@cozen.com

19        *Attorneys for Defendant MasTec Entities*

20

21

22

23

24

25

26

**DEFENDANTS MASTEC ENTITIES' MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT** - 2
2:25-CV-01553-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000

1

## CERTIFICATE OF SERVICE

2          The undersigned hereby certifies that on the date below, the foregoing was filed with the

3    Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4    following counsel of record:

5    **Attorney for Plaintiff**                    ☐    U.S. Mail, postage prepaid
     **10431 Avondale Road NE LLC**                ☐    Federal Express
6                                                  ☐    Facsimile
     Ryan M. Yoke                                  ☐    Email
7    Vander Wel, Jacobson & Yoke, PLLC             ☒    ECF
     1540 140th Avene NE, Suite 200
8    Bellevue, WA 98005
     ryan@vjbk.com
9

                                                   ☐    U.S. Mail, postage prepaid
10   **Attorney for Defendant**                    ☐    Federal Express
     **Comcast Cable Communications LLC and**      ☐    Facsimile
11   **Comcast Cable Communications**              ☐    Email
     **Management LLC**                            ☒    ECF
12

13   Bradley Lloyd Fisher
     Rhys M Farren
14   Brent Droze
     Caitlyn Cowan Courtney
15   Davis Wright Tremaine (SEA)
     920 Fifth Ave Ste 3300
16   Seattle, WA 98104-1610
     Bradfisher@dwt.com
17   Rhysfarren@dwt.com
     Brentdroze@dwt.com
18   Caitlyncourtney@dwt.com

           DATED:        November 24, 2025.
19

20

21                                         */s/ Tina Brito*_____
                                           Tina Brito, Legal Assistant
22

23

24

25

26

**DEFENDANTS MASTEC ENTITIES' MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S**
**MOTION FOR DEFAULT JUDGMENT** - 3
2:25-CV-01553-BJR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 1900
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 340-1000